**DENY; and Opinion Filed August 22, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00919-CV

## IN RE STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND TERECINA SHAHAN, Relators

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01423-C**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Nowell
Opinion by Justice Molberg

Before the Court is relators' August 5, 2019 petition for writ of mandamus in which relators contend the trial court abused its discretion by denying their motion to abate extra-contractual claims in the underlying underinsured motorist lawsuit. To be entitled to mandamus relief, relators must show both that the trial court has clearly abused its discretion and that relators have no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and the mandamus record, we conclude relators have not shown they are entitled to the relief requested.

Accordingly, we deny relators' petition for writ of mandamus. *See* T<span>EX</span>. R. A<span>PP</span>. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).


/Ken Molberg/
KEN MOLBERG
JUSTICE


190919F.P05